*In re* WILLIAM KNIGHT BUSTAMANTE.

*Número:* AB-94-127          *Resuelto:* 26 de julio de 1995

*William Knight Bustamante, pro se; Carmen R. Cintrón Ferrer, Directora Ejecutiva del Colegio de Abogados de Puerto Rico,* en Informe.

## RESOLUCIÓN

Vista la moción informativa presentada por el Colegio de Abogados de Puerto Rico, *se autoriza la reinstalación del Lcdo. William Knight Bustamante al ejercicio de la abogacía solamente. Continúa vigente su suspensión del ejercicio del notariado.*

*Publíquese.*

Lo acordó el Tribunal y certifica la señora Subsecretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Hernández Denton no intervinieron.

*(Fdo.)* Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*